IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -7 PM 12: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
   Plaintiff, )
)
VS. )  CR. NO. 05-20012-D
)
MONTELL BRIDGEWATER )
   Defendant. )
)

## ORDER ON CHANGE OF PLEA AND SETTING

   This cause came on to be heard on June 30, 2005, the United States Attorney for this district, Dan Newsom, appearing for the Government and the defendant, Montell Bridgewater, appearing in person and with counsel, J. Patten Brown, III, who represented the defendant.

   With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Counts 1 and 2 of the Indictment.

   Plea colloquy was held and the Court accepted the guilty plea.

   **SENTENCING** in this case is **SET** for **MONDAY, SEPTEMBER 26, 2005, at 1:30 P.M., before Judge Bernice B. Donald.**

   Defendant is remanded to the custody of the U. S. Marshal.

   **ENTERED** this the 6th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20012 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT