FILED BY ⁄⁄ D.C.

05 SEP 23 PM 7: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Cr. No. 05-20012-D

MONTELL G. BRIDGEWATER,

    Defendant.

---

**ORDER**

---

    It is hereby Ordered that the Sentencing Hearing in the above captioned matter is continued until the __1st__ day of __November__, 200__5__ at __1:00__ ~~a.m.~~/p.m.

    Thus Ordered this __21__ day of __September__, 2005 at Memphis, Tennessee.

                                                JUDGE BERNICE B. DONALD
                                                UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9/26/05__

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20012 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT