IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV -2 AM 11: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF ___ MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Cr. No.  05-20012-D

MONTELL G. BRIDGEWATER,

    Defendant.

---

### ORDER

---

It is hereby Ordered that the Sentencing Hearing in the above captioned matter is continued until the 12th day of December, 2005 at 1:45 a.m./p.m.

Thus Ordered this 31 day of October, 2005 at Memphis, Tennessee.

JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20012 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT